MARIANNE J. KELLY, Respondent, v JOHN M. KELLY, Appellant.

Submitted October 2, 2006; decided November 20, 2006

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

Judge PIGOTT taking no part.

MERIDIAN ACUPUNCTURE CARE, Appellant, v GEICO INSURANCE COMPANY, Respondent.

Submitted September 5, 2006; decided November 20, 2006

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed the denial of appellant's motion to amend the complaint, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., Appellant, v XEROX CORPORATION et al., Respondents, et al., Defendant.

Submitted September 18, 2006; decided November 20, 2006

Motion for leave to appeal dismissed upon the ground that the Supreme Court orders sought to be appealed from do not finally determine the action within the meaning of the Constitution and do not constitute final judgments within the meaning of CPLR 5602 (a) (1) (ii).